1  KEVIN D. RISING (SBN 211663)
   kevin.rising@btlaw.com
2  JOSEPH M. WAHL (SBN 281920)
   joseph.wahl@btlaw.com
3  NORA Z. NACCACHIAN (SBN 333597)
   nora.naccachian@btlaw.com
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California  90067
   Telephone: (310) 284-3880
6  Facsimile:  (310) 284-3894

7  Attorneys for Defendant
   GARRETT R. WYNNE

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11      WESTERN DIVISION – FIRST STREET U.S. COURTHOUSE

12

| 13  FELIPE NERY GOMEZ, | Case No.  2:22-cv-00576-JLS-JDE |
|---|---|
| 14             Plaintiff, | **DEFENDANT GARRETT R. WYNNE'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| 15  v. | |
| 16  CHARLES SCHWAB & CO. INC., et al., | Date:      October 7, 2022 |
| 17 | Time:      10:30 a.m. |
|    | Judge:     Hon. Josephine L. Staton |
|    | Defendants. | Location:  Courtroom 8A |
| 18 | |

19

20      PLEASE TAKE NOTICE that on October 7, 2022 at 10:30 a.m. in

21  Courtroom 8A of the above-entitled Court located at 350 West 1st Street, Los

22  Angeles, California 90012, Defendant GARRETT R. WYNNE, will and hereby

23  does respectfully move this Court for an order dismissing Plaintiff Felipe Gomez's

24  Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(2),

25  12(b)(5), and 12(b)(4).

26      This Motion is made on the grounds that: (1) this Court lacks personal

27  jurisdiction over Mr. Wynne, who is a resident of Colorado, and who does not

28  conduct business in or have sufficient contacts with California; (2) the purported

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

1

1   service of process does not comply with Rule 4 of the Federal Rules of Civil

2   Procedure because Plaintiff did not serve Mr. Wynne with a summons from this

3   action; (3) the process is insufficient because the summons Mr. Wynne was served

4   with does not bear this case number, was not directed to Mr. Wynne, and did not

5   bear the clerk's signature or seal.

6        This Motion is made following an attempt by counsel for Mr. Wynne to meet

7   and confer pursuant to Local Rule 7-3 prior to filing this Motion. On May 12, 2022,

8   counsel for Mr. Wynne invited Plaintiff to a phone call to discuss the merits of this

9   Motion. Plaintiff refused to hold a call with counsel based on Plaintiff's mistaken

10  understanding that Local Rule 7.1-1 requires attorneys representing parties to file

11  an appearance prior to meeting and conferring with Plaintiff. Although Plaintiff

12  refused to talk on the phone, Plaintiff represented on May 12, 2022 that it was his

13  belief that the exchange of emails between the parties complies with Local Rule 7-

14  3. Plaintiff asked counsel for Mr. Wynne to not email him again until counsel filed

15  a notice of appearance.

16       This Motion will be and is based on this Notice of Motion and Motion, the

17  accompanying Memorandum of Points and Authorities, Request for Judicial

18  Notice, Declaration of Garrett R. Wynne, the pleadings and papers filed in this

19  action, and the argument of counsel at the time of the hearing.

20

21  Dated:    May 26, 2022                    **BARNES & THORNBURG LLP**

22

23                                            By:/s/ Joseph M. Wahl
                                                  Kevin D. Rising
24                                                Joseph M. Wahl
                                                  Nora Z. Naccachian
25                                                Attorneys for Defendant
                                                  GARRETT R. WYNNE
26

27

28