| | |
|---|---|
| 1 | KEVIN D. RISING (SBN 211663) |
| | kevin.rising@btlaw.com |
| 2 | JOSEPH M. WAHL (SBN 281920) |
| | joseph.wahl@btlaw.com |
| 3 | NORA Z. NACCACHIAN (SBN 333597) |
| | nora.naccachian@btlaw.com |
| 4 | **BARNES & THORNBURG LLP** |
| | 2029 Century Park East, Suite 300 |
| 5 | Los Angeles, California 90067 |
| | Telephone: (310) 284-3880 |
| 6 | Facsimile: (310) 284-3894 |

Attorneys for Defendant
CHARLES SCHWAB & CO., INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION – FIRST STREET U.S. COURTHOUSE

| | |
|---|---|
| FELIPE NERY GOMEZ, | Case No. 2:22-cv-00576-JLS-JDE |
| Plaintiff, | **DEFENDANT CHARLES SCHWAB & CO., INC.'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| v. | |
| CHARLES SCHWAB & CO. INC., et al., | Date: November 18, 2022 |
| Defendants. | Time: 10:30 a.m. |
| | Judge: Hon. Josephine L. Staton |
| | Location: Courtroom 8A |

PLEASE TAKE NOTICE that on November 18, 2022 at 10:30 a.m. in Courtroom 8A of the above-entitled Court located at 350 West 1st Street, Los Angeles, California 90012, Defendant CHARLES SCHWAB & CO. INC. ("Schwab"), will and hereby does respectfully move this Court for an order dismissing Plaintiff Felipe Gomez's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(5) and 12(b)(6).

This Motion is made on the grounds that: (1) Plaintiff's claims are barred by the doctrine of *res judicata*; (2) Plaintiff's claims are compulsory claims and/or counterclaims that plaintiff failed to raise in prior actions against Schwab and

therefore have been waived; (3) Plaintiff's civil RICO claim is time-barred by the applicable four-year statute of limitations; (4) Plaintiff fails to state a claim for civil RICO violation because Plaintiff fails to allege a RICO enterprise, fails to adequately allege the predicate act of mail fraud in compliance with Rule 9(b)'s heightened pleading standards, and fails to allege a RICO injury; (5) Plaintiff lacks standing to assert his civil RICO claim; (6) the Illinois Uniform Transfers to Minors Act ("UTMA") does not confer a private right of action; (7) Plaintiff has no standing to assert his UTMA claim; (8) the purported service of process does not comply with Rule 4 of the Federal Rules of Civil Procedure because Plaintiff did not serve Schwab with a summons from this action.

This Motion is made following an attempt by counsel for Schwab to meet and confer pursuant to Local Rule 7-3 prior to filing this Motion. On August 4, 2022, counsel for Schwab invited Plaintiff to a phone call to discuss the merits of this Motion. Plaintiff responded to this email on August 5, 2022, repeating the purported merits of his claims. On August 5, 2022, counsel for Schwab reiterated its position that Plaintiff's Complaint is meritless and explaining why. Plaintiff ended meet and confer discussions stating "there is nothing for us to talk about," ending the meet and confer process. *See* Declaration of Joseph M. Wahl in support of Motion to Dismiss.

This Motion will be and is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Garrett R. Wynne, Declaration of Joseph M. Wahl, the pleadings and papers filed in this action, and the argument of counsel at the time of the hearing.

| | | |
|---|---|---|
| 1 | Dated: August 16, 2022 | **BARNES & THORNBURG LLP** |
| 2 | | |
| 3 | | By:/s/ Joseph M. Wahl |
| 4 | | Kevin D. Rising |
| | | Joseph M. Wahl |
| 5 | | Nora Z. Naccachian |
| | | Attorneys for Defendant |
| 6 | | CHARLES SCHWAB & CO., INC. |

Lines 7–28 (blank)

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES