UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:22-cv-00576-JLS-JDE            Date: September 19, 2022
Title:  Felipe Nery Gomez v. Charles Schwab and Co. Inc. et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:
Not Present                                                    Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER GRANTING MOTIONS TO DISMISS (Docs. 18, 23)**

      Before the Court are: (1) Defendant Garrett R. Wynne's Motion to Dismiss (Wynne Mot., Doc. 18; Wynne Mem., Doc. 19); and (2) Defendant Vincent Trace Schmeltz's Motion to Dismiss (Schmeltz Mot., Doc. 23).  Plaintiff Felipe Gomez has not opposed.  The Court finds this matter appropriate for decision without oral argument, and the hearing set for **October 7, 2022 at 10:30 a.m.** is VACATED.  Fed. R. Civ. P. 78(b); L.R. 7-15.  For the following reasons, the Court GRANTS Defendants' Motion.

      The deadline to oppose has passed and, to date, Plaintiff has filed no opposition.  "The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion[.]"  L.R. 7-12; *see Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam) ("Failure to follow a district court's local rules is a proper ground for dismissal.").  Thus, Plaintiff's failure to oppose is, by itself, sufficient basis to grant the Motions.  Accordingly, Wynne's and Schmeltz's Motions are GRANTED.  Because both Wynne and Schmeltz moved to dismiss for, among other reasons, lack of personal jurisdiction, Wynne and Schmeltz are DISMISSED from this action WITHOUT LEAVE TO AMEND.

                                                                     Initials of Deputy Clerk: vrv