UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Felipe Nery Gomez | Case No: 22-cv-0576 |
|---|---|
| v.<br><br>Charles Schwab & Co. Inc.<br>Garrett Wynne<br>Vincent Trace Schmeltz | 18 USC 1961 et seq.<br>(RICO-Mail Fraud/Theft, Civil Conspiracy)<br><br>760 ILCS 20/ Illinois UTMA<br><br><br>Ad Danum: $1,250,000+ |

PLAINTIFF'S NOTICE OF FRCP 41(a) VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SOLE REMAINING DEFENDANT SCHWAB

Now Comes PLAINTIFF FELIPE GOMEZ, and, FRCP 41(a)(1)(A)(i) providing that a plaintiff may dismiss an action, without a court order, by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, and:

1. FRCP 41(a) Voluntary Dismissal states in relevant part:

    (1) By the Plaintiff.

    (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:  (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;

2. No motion for summary judgement or answer has been filed by any Defendant in this matter, rather only an FRCP 12(b)(5) motion claiming lack of personal jurisdiction because of alleged lack of service, with a baseless bootstrapped FRCP 12(b)(6) motion dichotomously requesting substantive relief, despite claiming lack of jurisdiction at the same time [Dkt. 35].

3. In that motion, Schwab admits that the complaint here is, at worst, premature, and not subject to any res judicata:

> Plaintiff's other alleged "damages", i.e., potential tax consequences or liabilities related to Arthur, are not actual damages since they are yet to be incurred. Because Plaintiff has not sufficiently alleged damages, the Court should dismiss that claim for that additional reason. *Memo in Support of Motion to Dismiss at 21 [35].*

4. Plaintiff, Arthur, and Attorney Prihoda are in fact formulating the IRS submissions referred to by inference by Schwab, which will squarely point the finger at Schwab and others as not only diverting mails and causing Plaintiff and Arthur to be unable to take RMDs, but as collectively conspiring to retain those documents, which to this day have not been located, extending all related statutes of limitations until the claims Schwab inferredly admits it is exposed to, are vested, which will not occur until IRS decides and any appeals taken run their course, even if the mails are located (*investigation continues*).

WHEREFORE, Plaintiff HEREBY files this Notice of Voluntary Dismissal of Charles Schwab & Co, Inc., (where Schmeltz and Wynne already were dismissed over Plaintiff's objection), and this matter is hereby dismissed without prejudice as premature as to Schwab by operation of FRCP 12(a)(1)(A)(I).

Submitted By: /s/ *Felipe Gomez, Pro Se.*   Dated: 10.05.221

Felipe Gomez, Pro Se
1415 ARDMORE #7139
VILLA PARK IL 60181
312.509.2071
FGOMEZ9592@GMAIL.COM

CERTIFICATE OF FILING AND SERVICE

The undersigned hereby certifies that a copy of this Notice and Certificate, were filed with the Clerk and served on Defendant through the ECF system, and that a filed stamped copy was emailed this date to soon-to-be-appellees Schmeltz and Wynne by way of record counsel.

Certified By: /s/ *Felipe Gomez,* Date: 10.05.21

Felipe Gomez, Pro Se
1415 ARDMORE #7139
VILLA PARK IL 60181 312.509.2071
FGOMEZ9592@GMAIL.COM