Name _____
Address _____
City, State, Zip _____
Phone _____
Fax _____
E-Mail _____

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF(S), | CASE NUMBER: |
| v. | 8:22-cv-0576-JLS |
| Charles Schwab & Co., Inc., Garrett Wynne, Vincent Trace Schmeltz | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): 1.31.22 Consolidation Order [6]
9.19.22 Order Schmeltz/Wynne [55]

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___9.19.22___. Entered on the docket in this action on ___9.19.22___.

A copy of said judgment or order is attached hereto.

___10.5.22___
Date

_____
Signature
☐ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  2:22-cv-00576-JLS-JDE                                    Date: September 19, 2022
Title:  Felipe Nery Gomez v. Charles Schwab and Co. Inc. et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:
Not Present                                                                  Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER GRANTING MOTIONS TO DISMISS (Docs. 18, 23)**

      Before the Court are: (1) Defendant Garrett R. Wynne's Motion to Dismiss (Wynne Mot., Doc. 18; Wynne Mem., Doc. 19); and (2) Defendant Vincent Trace Schmeltz's Motion to Dismiss (Schmeltz Mot., Doc. 23).  Plaintiff Felipe Gomez has not opposed.  The Court finds this matter appropriate for decision without oral argument, and the hearing set for **October 7, 2022 at 10:30 a.m.** is VACATED.  Fed. R. Civ. P. 78(b); L.R. 7-15.  For the following reasons, the Court GRANTS Defendants' Motion.

      The deadline to oppose has passed and, to date, Plaintiff has filed no opposition.  "The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion[.]"  L.R. 7-12; *see Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam) ("Failure to follow a district court's local rules is a proper ground for dismissal.").  Thus, Plaintiff's failure to oppose is, by itself, sufficient basis to grant the Motions.  Accordingly, Wynne's and Schmeltz's Motions are GRANTED.  Because both Wynne and Schmeltz moved to dismiss for, among other reasons, lack of personal jurisdiction, Wynne and Schmeltz are DISMISSED from this action WITHOUT LEAVE TO AMEND.

Initials of Deputy Clerk: vrv

**CIVIL MINUTES – GENERAL**                                                                                  1