| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 16 2024 |
| | MOLLY C. DWYER, CLERK  <br> U.S. COURT OF APPEALS |

| | |
|---|---|
| FELIPE N. GOMEZ, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> CHARLES SCHWAB AND CO. INC.; et al., <br><br> Defendants-Appellees. | No.   22-55922 <br><br> D.C. No. <br> 2:22-cv-00576-JLS-JDE <br> Central District of California, <br> Los Angeles <br><br> ORDER |

On June 14, 2024, this court permitted appellant to file a motion for voluntary dismissal within 14 days. The order warned that failure to comply may result in dismissal of the appeal for failure to prosecute. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

All pending motions are denied as moot.

This order served on the district court shall, 21 days after the date of the order, act as and for the mandate of this court.

> FOR THE COURT:
>
> MOLLY C. DWYER
> CLERK OF COURT

OSA145