JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE N. GOMEZ,<br><br>                 Plaintiff,<br><br>   v.<br><br>CHARLES SCHWAB & CO., INC., et al.<br><br>                Defendants. | CASE NO. 2:22-cv-00576-JLS-JDE<br><br>**JUDGMENT OF DISMISSAL** |

On July 16, 2024, the Ninth Circuit dismissed Plaintiff's appeal for failure to prosecute. (*See* Order of the Ninth Circuit, Doc. 75.) After twenty-one days, that dismissal order became the mandate of the Ninth Circuit. (*Id.*) In light of the dismissal of Plaintiff's appeal, all Defendants have now been dismissed from the action without prejudice. (*See* Notice of Dismissal, Doc. 61; Order Granting Motion to Dismiss for Lack of Personal Jurisdiction, Doc. 55.) As a result, this action is DISMISSED WITHOUT PREJUDICE.

DATED: September 5, 2024

                                                                  HON. JOSEPHINE L. STATON
                                                                  UNITED STATES DISTRICT JUDGE